MARY J. LEWIS et al., Appellants, *v.* STATE OF NEW YORK, Respondent.

(Argued November 30, 1931; decided January 5, 1932.)

569

*Albert C. Jordan* for appellants.

*John J. Bennett, Jr., Attorney-General (James Gibson* of counsel), for respondent.

*Kenneth Creble* for New York Central Railroad Company, intervening.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.